IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TWA INC. POST CONFIRMATION ESTATE, ) | Civil Action No. 04-1431 - SLR |
| ) | |
| Debtors. ) | |
| _____ ) | |
| TWA INC. POST CONFIRMATION ESTATE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Case No. 02-75018 (PBL) |
| ) | Bankruptcy Case No. 01-00056 (PJW) |
| ARTKRAFT STRAUSS SIGN CORP., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR DISMISSAL BASED ON SETTLEMENT**

Come NOW the parties to this adversary action, by and through legal counsel, and hereby stipulate to dismissal of this adversary proceeding with prejudice, each party to bear its own costs, subject to the Release Conditions in the separate Settlement Agreement between the parties.

Date:

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | HARVEY, PENNINGTON LTD. |
|---|---|
| */s/ James O'Neill* | */s/ [signature]* |
| Laura Davis Jones (Bar. No. 2436) | James E. Huggett (Bar No. 3956) |
| James E. O'Neill (Bar No. 4042) | Harvey, Pennington Ltd. |
| 919 North Market Street, 16th Floor | 913 N. Market Street, Suite 702 |
| P.O. Box 8705 | Wilmington, DE 19801 |
| Wilmington, Delaware 19899-8705 (Courier 19801) | Telephone: (302)-351-1125 |
| Telephone: (302) 652-4100 | Facsimile: (302)-428-0734 |
| Facsimile: (302) 652-4400 | |
| | Counsel for Artkraft Strausss |
| Co-Counsel for the Estate-Plaintiff | |