IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TWA INC. POST CONFIRMATION ESTATE, | ) ) | Civil Action No. 04-1431 - SLR |
| Debtors. | ) ) ) | |
| TWA INC. POST CONFIRMATION ESTATE, | ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Adversary Case No. 02-75018 (PBL) Bankruptcy Case No. 01-00056 (PJW) |
| ARTKRAFT STRAUSS SIGN CORP., | ) ) | |
| Defendant. | ) ) | |

## AFFIDAVIT OF SERVICE

Louise L. Tuschak, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. and that on the 15th day of July 2005, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

**Stipulation for Dismissal Based on Settlement**

_____
Louise L. Tuschak

Sworn to and subscribed before
me this 15th day of July, 2004

_____
Notary Public
My Commission Expires: 02/11/06

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

27311-001\DOCS_DE:83966.17

## SERVICE LIST FOR ARTKRAFT STRAUSS

***Hand Delivery***
(counsel for Artkraft)
James E. Huggett
Flaster Greenberg
913 Market Street, 7th Floor
Wilmington, DE 19801

***First Class Mail***
(counsel for Artkraft)
Cheryl Lynette Davis
Menaker & Herrmann L.L.P.
10 East 40th Street
New York, NY 10016

***First Class Mail***
(Counsel for TWA)
Lawrence Bigus
Stinson Morrison Hecker LLP
9 Corporate Woods
Suite 450
9200 Indian Creek Parkway
Overland Park, KS 66210-2008